UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-121 (DSD/AJB)

Johnnie N. Walker, Jr.,

Petitioner,

v. **ORDER**

State of Minnesota,

Respondent.

Johnnie Walker, Jr., Pro Se, Minnesota Correctional Facility, 970 Pickett Street North, Bayport, Minnesota 55003-1490.

Amy J. Klobuchar, Esq., Hennepin County Attorney Office, C-2000 Government Center, 300 Sixth Street South, Minneapolis, Minnesota 55487, counsel for respondent.

This matter is before the court upon the motion of petitioner Johnnie N. Walker for a court order granting petitioner the right to file a second successive petition pursuant to 28 U.S.C. § 2244(b). Because the court lacks authority to grant such a motion, the court denies petitioner's motion.

28 U.S.C. § 2244(b) sets out the procedures that the petitioner must follow in order to be able to file a second or successive habeas corpus application. § 2244(b)(3)(A) provides:

> (3)(A) Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application.

APR 17 2002
FILED ___
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ___
Deputy Clerk's Initials ___

The statute does not give the district court the authority to grant petitioner the right to file a second or successive petition and petitioner provides no authority permitting the district court to do so. Because petitioner must move in the appropriate court of appeals, not the district court, for an order authorizing the district court to consider his second application, the court denies petitioner's motion.

Accordingly, **IT IS HEREBY ORDERED** that petitioner's motion for a court order granting petitioner the right to file a second successive petition pursuant to 28 U.S.C. § 2244(b) is **DENIED.**

Dated: April 17, 2002

David S. Doty, Judge
United States District Court