# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Johnnie N. Walker, Jr.

Case No. Civil 02-121DSD/AJB

v.

**JUDGMENT IN A CIVIL CASE**

State of Minnesota

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that petitioner's application for habeas corpus is **DENIED**; petitioner's application/motions for post conviction relief, for appointment of counsel and to proceed in forma pauperis are **DENIED** and this action is **DISMISSED WITHOUT PREJUDICE**.,

DATE: April 17, 2002

RICHARD D. SLETTEN, CLERK

Denise La Fond, Deputy Clerk